IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-23634-CIV-LENARD/LOUIS

| | |
|---|---|
| ASHTON LAKE, | ) |
| PLAINTIFF, | ) )  ) |
| vs. | ) ) |
| FEDERAL EXPRESS CORPORATION, | ) ) ) ) |
| DEFENDANT. | ) ) |

**FEDERAL EXPRESS CORPORATION'S MOTION TO DISMISS ALL CLAIMS FOR FAILURE TO COMPLY WITH COURT ORDER**

Defendant, Federal Express Corporation ("FedEx"), requests that the above captioned matter be dismissed with prejudice for Plaintiff Ashton Lake's failure to comply with this Court's orders of June 16 (D.E. 28) and June 23 (D.E. 30).

1. This Court issued a clear and unambiguous order.

Pursuant to the Court's June 16, 2022 Order, (D.E. 28), Plaintiff shall have until and including July 1, 2022 to hire new counsel--evidence by a Notice of Appearance on the docket--or, alternatively, to file an Affidavit on the docket stating his intention to proceed pro se. Failure to hire new counsel (evidenced by a Notice of Appearance on the docket) or file an Affidavit of Plaintiff's intention to proceed pro se may result in dismissal of this action for failure to prosecute and/or failure to comply with the Court's orders.

2. The deadline of Friday, July 1 passed, and Mr. Lake failed to comply. No extension was requested, and none granted.

3. FedEx is in a precarious position. FedEx had no objection to Plaintiff's counsel withdrawing. However, to comply with this Court's scheduling order regarding the due date for dispositive motions and trial FedEx requested, and former counsel agreed, to request an extension

1

of all deadlines. The Court denied that portion of the unopposed motion to withdraw. As a result, dispositive motions are due Friday, July 8.

WHEREFORE, for the reasons articulated above FedEx requests that all claims be dismissed with prejudice for failure to prosecute and/or failure to comply with the Court's orders.

Dated July 6, 2022.	Respectfully submitted,

/s/ West A. Holden
West A. Holden
Fla. Bar No.: 113569
Email: wholden@littler.com
Littler Mendelson, P.C.
111 North Orange Avenue
Suite 1750
Orlando, FL  32801-2366
Office phone: 407-393-2900
Facsimile: (407) 393-2929

Frederick L. Douglas, Lead Counsel
(Admitted *Pro Hac Vice*)
Federal Express Corporation
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125
P:  (901) 434-8519
F:  (901) 434-9271
Email: Frederick.douglas@fedex.com

## CERTIFCATE OF SERVICE

I hereby certify that on July 6, 2022, a true and correct copy of the foregoing document was served via U.S. Mail on the party of record listed below: Ashton Lake, 9925 SW 140th Street, Miami, FL 33176.

/s/ West Holden